IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

ACR MANAGEMENT, L.L.C., *et al.*,1

             Debtors.

_____

ANTHONY CRANE RENTAL, LIMITED
PARTNERSHIP, d/b/a MAXIM CRANE
WORKS,

             Plaintiff,

v.

WILLIAM T. KANE, INC.; WILLIAM T.
KANE; THE HARTFORD FIRE
INSURANCE COMPANY; JAMES R.
LEAKE & SON, INC.; and FEDERATED
STEEL INC.,

             Defendants.

Case No. 04-27848-MBM
Chapter 11
(Jointly Administered)

Adversary No.  04–3400

Docket No.: _____

## STIPULATION OF DISMISSAL WITH PREJUDICE

Anthony Crane Rental, L.P., d/b/a Maxim Crane Works ("Maxim") and William T. Kane,

Inc., William T. Kane ("Kane"), The Hartford Fire Insurance Company ("Hartford"), James R.

Federated & Son, Inc. ("Federated") and Federated Steel Inc. ("Federated Steel" and collective

the "Defendants") hereby enter into this Stipulation of Dismissal With Prejudice, and stipulate as

follows:

    1.     On June 14, 2004, the "Petition Date," the Reorganized Debtors filed their

Chapter 11 Cases with the Bankruptcy Court.

_____

1   The Debtors are the following entities: ACR Management, L.L.C., Anthony Crane Rental Holdings, L.P., ACR/Dunn Acquisition, Inc., Anthony Crane Capital Corporation, Anthony Crane Holdings Capital Corporation, Anthony Crane International, L.P., Anthony Crane Sales & Leasing, L.P., Anthony International Equipment Services Corporation, Anthony Sales & Leasing Corporation, Carlisle Equipment Group, L.P., Carlisle GP, L.L.C., Husky Crane, Inc., Anthony Crane Rental, L.P., d/b/a Maxim Crane Works, Maxim Crane Works, LLC, Sacramento Valley Crane Service, Inc., The Crane & Rigging Company, LLC, Thompson & Rich Crane Service, Inc.

2.      As of the Petition Date, one of the Debtors, had initiated a law suit in the Madison

Circuit Court (the "State Court"), in the Commonwealth of Kentucky, styled *Anthony Crane*

*Rental, Limited Partnership, d/b/a Maxim Crane Works v. William T. Kane, Inc., William T.*

*Kane* (the "Kane Defendants"), *The Hartford Fire Insurance Company* ("Hartford"), *James R.*

*Leake & Son, Inc.* ("Leake"), *and Federated Steel, Inc.* ("Federated"), Docket No. 04-CI-308,

(the "Action").

3.      While this Action was still pending in the State Court, on June 14, 2004, the

Debtors filed their Chapter 11 Cases with this United States Bankruptcy Court for the Western

District of Pennsylvania (the "Pennsylvania Bankruptcy Court").

4.      On September 10, 2004, Debtors filed a "Notice of Removal" in the State Court in

the Action and in the United States Bankruptcy Court for the Eastern District of Kentucky (the

"Kentucky Bankruptcy Court"), thereby initiating Kentucky Adversary Proceeding No. 04-5560.

5.      On November 4, 2004, the Kentucky Bankruptcy Court entered an Order granting

Default Judgment against the Kane Defendants.

6.      On December 23, 2004, the Debtors sought and received an Order from the

Kentucky Bankruptcy Court transferring the Action to this Pennsylvania Bankruptcy Court,

thereby initiating the above-captioned Pennsylvania Adversary Proceeding No. 04-3400.

7.      Debtors entered into settlement negotiations and settled their claims against the

remaining defendants, Hartford, Leake, and Federated (the "Settling Parties").

8.      The Settling Parties stipulate to the dismissal with prejudice of all claims as

between them in the above-captioned Pennsylvania Adversary Proceeding No. 04-3400.

9.      The parties agree that they shall bear their own respective costs and attorneys'

fees.

Dated: __11/7/2005__, 2005          FEDERATED STEEL, INC.

                                    _____
                                    Steven A. Wides, Esquire
                                    107 Church Street. #200
                                    Lexington, KY 40507-1232


Dated: __10/25__, 2005              THE HARTFORD FIRE INSURANCE
                                    COMPANY

                                    _____
                                    Cornelius O'Brien, Esquire
                                    Eckert Seamans Cherin & Mellott PC
                                    4400 U.S. Steel Tower
                                    Pittsburgh, PA  15219


Dated: __10/25__, 2005              JAMES R. LEAKE & SON, INC.

                                    _____
                                    Cornelius O'Brien, Esquire
                                    Eckert Seamans Cherin & Mellott PC
                                    4400 U.S. Steel Tower
                                    Pittsburgh, PA  15219


Dated: __11/7__, 2005               ANTHONY CRANE RENTAL, LIMITED
                                    PARTNERSHIP, d/b/a MAXIM CRANE WORKS

                                    _____
                                    David B. Salzman, Esquire
                                    PA I.D. #39360
                                    Mark S. Frank, Esquire
                                    PA I.D. #19751
                                    Salene R. Mazur, Esquire
                                    PA I.D. #86422
                                    CAMPBELL & LEVINE, LLC
                                    1700 Grant Building
                                    Pittsburgh, PA 15219-2399
                                    Counsel for the Reorganized Debtors


    AND NOW, this _____ day of _____, 2005, it his hereby
ORDERED that the forgoing Stipulation is hereby approved.


                                    _____
                                    UNITED STATES BANKRUPTCY JUDGE


{P0067427.2 }                              3